IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN RICHARDSON,

Plaintiff,

v.

MAJOR MCLAURIN, *et al*.,

Defendants.

Case No. 14-cv-1109 JPG/DGW

# **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 16, 2017**       JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*
**Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**